COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Jasmina Manginello v. Ralph Maginello

Appellate case number:    01-15-00057-CV

Trial court case number:  2010-64805

Trial court:              310th District Court of Harris County

On January 13, 2015, appellant, Jasmina Manginello, filed an affidavit of indigence in the trial court. *See* TEX. R. APP. P. 20.1(a)(2), (c)(1), (d). On January 14, 2015, the District Clerk of Harris County filed a contest to the affidavit, and a motion for an extension of time for a hearing on the contest. *See* TEX. R. APP. P. 20.1(e)(1). The trial court, therefore, was required to either conduct a hearing or sign an order extending the time to conduct the hearing by January 26, 2015. *See* TEX. R. APP. P. 4.1, 20.1(i)(2), (3). Further, to properly sustain the contest, the trial court was required to sign an order sustaining the contest within the prescribed period for the hearing. *See* TEX. R. APP. P. 20.1(i)(4). On May 29, 2015, the district clerk filed a clerk's record on indigence with the Clerk of this Court. That clerk's record does not reflect that the trial court signed an order extending the period for the hearing or ruled on the contest by January 26, 2015. Accordingly, the allegations in the affidavit are deemed true, and appellant is entitled to proceed without advance payment of costs. *See id.*

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs.

Although the district clerk filed a clerk's record on indigence, a clerk's record for the appellate record has not been filed. *See* TEX. R. APP. P. 34.1, 34.5(a), 35.1, 35.3(a)(2). Accordingly, it is **ORDERED** that the district clerk file with this Court, within 30 days of the date of this order and at no cost to appellant, a clerk's record containing the items specified in Texas Rule of Appellate Procedure 34.5(a). *See* TEX. R. APP. P. 20.1(k).

On February 2, 2015, the court reporter filed an information sheet indicating that appellant has requested preparation of the reporter's record. It is further **ORDERED** that the court reporter file with this Court, within 30 days of the date of this order and at no cost to appellant, the reporter's record. *See* TEX. R. APP. P. 20.1(k), 35.1(b).

It is so ORDERED.

Judge's signature: /s/ Justice Lloyd

☐ Acting individually      ☐ Acting for the Court

Date:  June 30, 2015